# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                        Case No.:  6:25-cv-02284-GAP-LHP

APPROXIMATELY 4,110,000 USDT
PREVIOUSLY ASSOCIATED WITH
THE FOLLOWING UNHOSTED
VIRTUAL CURRENCY ADDRESS
ON THE ETHEREUM
BLOCKCHAIN:
0XCB567E89AC29FFB7ADB85E8B4B8
E7D7B14302F26,

      Defendant,

## ORDER

On November 26, 2025, the United States filed a Verified Complaint for Forfeiture *In Rem*, seeking forfeiture of approximately $4,110,000 previously associated with an unhosted virtual currency address on the Ethereum blockchain. Doc. No. 1.  The Court subsequently granted the United States' motion for issuance of a warrant *in rem*.  Doc. No. 8.  For thirty consecutive days, from December 3, 2025 through and including January 1, 2026, the United States published notice of the civil forfeiture action on an official government website.  Doc. No. 10; *see also* Doc. No. 11 ¶ 7.  On February 13, 2026, the United States moved for clerk's default

pursuant to Federal Rule of Civil Procedure 55(a), Supplemental Rule G, and 18 U.S.C. § 983(a)(4), representing that XM Defi is the only party known to have an alleged interest in the seized funds.  Doc. No. 11 ¶ 3.

On January 8, 2026, the United States sent written notice of the civil forfeiture action and related documents to XM Defi by email.  *Id.* ¶ 4; Doc. No. 11-1.  The written notice advised XM Defi that it had thirty-five (35) days after receipt of the documentation to file a Statement of Right or Interest with the Court.  Doc. No. 11-1.  Pursuant to 18 U.S.C. § 983(a)(4)(B), XM Defi was also required to file an answer within twenty (20) days after the date of filing the claim.

As of the date of the writing of this Order, XM Defi has not filed a Statement of Right or Interest or an answer to the complaint, and has not otherwise appeared in this action.  Because XM Defi has not timely filed a claim or answered the complaint, the motion for clerk's default (Doc. No. 11) is **GRANTED**, and the Clerk of Court is **DIRECTED** to issue default against XM Defi.  *See, e.g.*, *United States v. One Men's Rolex Masterpiece Watch*, No. 07-2508-STA-DKV, 2008 WL 4982745, at *4 (W.D. Tenn. Nov. 18, 2008) ("Entry of Default by the Clerk for failure to appear is appropriate when no timely claim or defense is filed by a third party on behalf of the defendant property, which is in keeping with the purpose of an in rem action that allows the Government to conclusively determine ownership right in the seized property.").

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record